Amanda Garcia (Bar No. 248462)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: amanda@baykeeper.org
Email: andrea@baykeeper.org

Attorneys for Plaintiff:
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BAYKEEPER, a non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC STEEL CASTING CO.,<br><br>    Defendant. | Civil No. C 12-05955 JCS<br><br>CERTIFICATE OF SERVICE<br><br>Date: January 18, 2013<br>Honorable Joseph C. Spero |

**CERTIFICATE OF SERVICE**

On January 18, 2013, I, Amanda R. Garcia, did serve the following documents:

- U.S. District Court Northern California ECF Registration Information Handout
- Notice of Assignment of Case to a United States Magistrate Judge for Trial
- Order Setting Initial Case Management Conference and ADR Deadlines
- Handout "Welcome to the U.S. District Court, San Francisco"
- Brochure "Consenting To A Magistrate Judge's Jurisdiction In The Northern District of California"

- Civil Standing Orders for Magistrate Judge Joseph C. Spero
- Standing Order re: Case Management Conference
- Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement
- Certificate of Service

upon the following party, in the manner and at the address indicated, below:

| Party | Name(s) and Address(s) | Manner |
|---|---|---|
| Pacific Steel Casting Company | Anna LeMay<br>Castellon and Funderburk LLP<br>811 Wilshire Boulevard, Suite 1025<br>Los Angeles, California 90017<br>alemay@candffirm.com | Email |

Executed at 785 Market St., Ste. 850, San Francisco, CA 94103, on January 18, 2013.

Amanda R. Garcia
Managing Attorney
San Francisco Baykeeper

CERTIFICATE OF SERVICE                                     Case No. C 12-05955 JCS