Jayni Foley Hein (Bar No. 258261)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER, INC.
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jayni@baykeeper.org
Email: andrea@baykeeper.org

Attorneys for Plaintiff
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, a non-profit corporation, | Civil Case No. 12-05955-JCS |
| Plaintiff, | Honorable Joseph C. Spero |
| v. | **[PROPOSED] ORDER OF ENTRY OF CONSENT DECREE, AND DISMISSAL** |
| PACIFIC STEEL CASTING CO., | |
| Defendant. | |

**[PROPOSED] ORDER OF ENTRY OF CONSENT DECREE, AND DISMISSAL**

WHEREAS, the Parties in the above captioned action have reached a settlement whose specific terms are set forth in the [Proposed] Consent Decree, attached hereto as Exhibit A.

WHEREAS, as required by federal law, a copy of the [Proposed] Consent Decree was mailed on June 11, 2013, to the U.S. Department of Justice ("DOJ") and to the U.S. Environmental Protection Agency for a mandatory 45-day review period under Section 135.5 of Title 40 of the Code of Federal Regulations. The 45-day review period commenced on June 17, 2013, and terminated on August 1, 2013.

WHEREAS, DOJ approved the [Proposed] Consent Decree and submitted its approval letter to the Court on August 1, 2013. *See* Exhibit B.

IT IS HEREBY ORDERED that the [Proposed] Consent Decree is fully incorporated herein by reference, and is entered as an Order of the Court.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over Case No. CV-12-025955-JCS for the sole purpose of enforcing compliance by the Plaintiff and Defendant with the terms of the [Proposed] Consent Decree.

IT IS FURTHER ORDERED that the above captioned action against Defendant is dismissed with prejudice.

IT IS SO ORDERED.

Date: 8/5/13

NORTHERN DISTRICT OF CALIFORNIA



Honorable J
United States
Northern District of California

[Proposed] Order

Civil Case No. C 12-025955-JCS

- 1 -